IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ELIZABETH FEDYNICH,

   Plaintiff,

v.                                                Case No. 3:25-cv-00049

BOULDER HOUSING PARTNERS, et al.,

   Defendants.

## MOTION TO DISMISS

COMES NOW the Defendants, Central Virginia Housing Coalition, Betty Newbury, and Barabara Woodall (collectively, "Defendants"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and move this Court to dismiss the Complaint filed against them, with prejudice, on the ground that the Complaint fails to state a claim upon which relief can be granted and fails to allege facts sufficient to establish a legally cognizable cause of action. Defendants rely upon and incorporate their Brief in Support of Motion to Dismiss as if fully set forth herein.

WHEREFORE, the Defendants Central Virginia Housing Coalition, Betty Newbury, and Barabara Woodall, by counsel, respectfully request that this Court enter an Order granting the Motion to Dismiss, dismissing the Complaint against them with prejudice, and awarding costs and such other relief as is appropriate.

## *ROSEBORO* NOTICE TO *PRO SE* PLAINTIFFS

1.    You are entitled to file a response opposing this Motion to Dismiss. Any such response must be filed with the United States District Court for the Western District of Virginia, Harrisonburg Division, within twenty-one (21) days of the date on which this Motion was filed.

1

2. If you fail to file a response, the Court could dismiss this action on the basis of this Motion to Dismiss and Memorandum in Support.

3. You must identify all facts stated by Defendants with which you disagree and must set forth your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury).

4. You are entitled to file a legal brief in opposition to the brief filed by Defendants.

**CENTRAL VIRGINIA HOUSING COALITION, BETTY NEWBURY, AND BARBARA WOODALL**

By Counsel

/s/ Jeremy D. Capps
Jeremy D. Capps (VSB No. 43909)
Colin J. Schlueter (VSB No. 82611)
Counsel for Central Virginia Housing Coalition, Betty Newbury, and Barbara Woodall
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
cschlueter@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 28th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Elizabeth Fedynich
>1436 George Drive
>Marion, IA 52302
>720-765-6141 - Phone
>graceforliz@yahoo.com
>
>Noah P. Sullivan, Esq.
>Gentry Locke
>919 E. Main Street
>Suite 1130
>Richmond, VA 23219
>804-956-2069 - Phone
>540-983-9400 - Fax
>nsullivan@gentrylocke.com
>
>Christina M. Heischmidt, Esq. (VSB No. 80463)
>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>8444 Westpark Drive, Suite 510
>McLean, VA 22102
>703-852-7826 - DD
>Christina.Heischmidt@wilsonelser.com
>
>Daniel Philip Peyton, Esq.
>McGuire Woods LLP
>800 East Canal Street
>Richmond, VA 23219804-775-1228 - Phone
>804-698-2198 - Fax
>dppeyton@mcguirewoods.com
>
>Giovanna Bonafede, Esq.
>Wilson Esler Moskowitz Edelman & Dicker LLP
>8444 Westpark Drive
>Suite 510
>McLean, VA 22102
>703-852-7807 - Phone
>giovanna.bonafede@wilsonelser.com

and I hereby certify that I have mailed by United States Postal Service the document to the following:

Anton Shaw
601 S. Belvidere Street
Richmond, VA 23220
Anton.shaw@vdha.com

Dawn Fagan
918 Commerce Street
Lynchburg, VA 24504

Chandra Hyacinth
918 Commerce Street
Lynchburg, VA 24504
Chandra.hyacinth@lynchburgva.gov

/s/ Jeremy D. Capps
Jeremy D. Capps (VSB No. 43909)
Colin J. Schlueter (VSB No. 82611)Counsel for
Central Virginia Housing Coalition, Betty
Newbury, and Barbara Woodall
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
jcapps@hccw.com
cschlueter@hccw.com